**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 99-cv-01299-RPM

CYNTHIA DUNCAN,

       Plaintiff,

v.

MANAGER, DEPARTMENT OF SAFETY, CITY AND COUNTY OF DENVER, in his official capacity, and
DAVID MICHAUD, individually,

       Defendants.

## ORDER

THIS MATTER, having come before the Court on the **DEFENDANTS' UNOPPOSED MOTION FOR ORDER FOR RELEASE OF STAY AND DISBURSEMENT OF FUNDS**, and the Court, having considered said motion, and being fully apprised in the premises,

IT IS, THEREFORE, **ORDERED** that

    1)     Defendants' Motion is GRANTED;

    2)     The stay of execution of the Judgment is hereby released;

    3)     The Clerk of the Court is hereby ordered to disburse the principal amount of Fourteen Thousand Dollars ($14, 000.00) plus interest less the Registry Fee assessment, to the following payee:

City and County of Denver

Addressed to:

Sybil Kisken
Assistant City Attorney
Denver City Attorney's Office
Litigation Section
201 W. Colfax Avenue, Dept. 1108
Denver, Colorado 80202

SO ORDERED, this 3rd day of November, 2005.

BY THE COURT:

s/Richard P. Matsch

_____
Richard P. Matsch, Senior District Judge

Sybil R. Kisken
Assistant City Attorney
Attorney for Defendants
E-mail: dlefiling.litigation@ci.denver.co.us